NCMB Chapter 13 Plan (1/1/20)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Fill in this information to identify your case:

Debtor 1: Brian ___ France
First Name / Middle Name / Last Name

Debtor 2: LaShawnda Denise France
(Spouse, if filing) First Name / Middle Name / Last Name

Case Number:
(If known)

SSN# Debtor 1: XXX-XX-  **xxx-xx-5081**

SSN# Debtor 2: XXX-XX-  **xxx-xx-2117**

☐ Check if this is an amended plan, and list below the sections of the plan that have changed.

_____

# CHAPTER 13 PLAN

**Section 1:** Notices.

To Debtors: This form sets out options that may be appropriate in some cases, but the presence of an option on this form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with Local Rules and judicial rulings may not be confirmable. *You must check each box that applies in § 1.1 and 1.3 below. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| 1.1 | A limit on the amount of a secured claim, set out in Section 4, which may result in a partial payment or no payment at all to the secured creditor. | ☑ Included | ☐ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest will be done by separate motion or adversary proceeding. | | ☑ Not Included |
| 1.3 | Nonstandard provisions set out in Section 9 | ☐ Included | ☑ Not Included |

To Creditors: Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You will need to file a proof of claim in order to be paid under any plan. Official notice will be sent to Creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and information regarding the filing of proofs of claim.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least seven days before the date set for the hearing on confirmation. You will receive notification from the Bankruptcy Court of the date set for the hearing on confirmation. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

**Section 2:** Payments.

2.1 Plan length. The applicable commitment period is:
☑ 36 Months

☐ 60 Months

2.2 Payments. The Debtor will make payments to the Trustee as follows:

**$422.00** per **Month** for **60** month(s)

Additional payments   **NONE**

The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed. If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to pay creditors as specified in this plan.

2.3  Liquidation value.

   a. ☑ The amount that allowed priority and non-priority unsecured claims would receive if assets were liquidated in a Chapter 7 case, after allowable exemptions, is estimated to be $__0.00__.

   b. ☐ Classes of unsecured claims are established, if necessary, based on liquidation value requirements as follows:

   Class ____ - Allowed unsecured claims of ____ with a liquidation value requirement of $____.

   Class ____ - Allowed unsecured claims of ____ with a liquidation value requirement of $____.

   Class ____ - Allowed joint unsecured claims of ____ with a liquidation value requirement of $____.

   c. ☐ Due to liquidation value requirements, interest at ____ per annum will be paid to allowed priority and non-priority unsecured claims as provided below:

   ☐ Interest to all allowed priority and non-priority unsecured claims.

   ☐ Interest to allowed priority and non-priority claims in Class ____.

**Section 3:**   Fees and Priority Claims.

3.1  Attorney fees.

   ☑ The Attorney for the Debtor will be paid the presumptive base fee of $__4500.00__. The Attorney has received $__0__ from the Debtor pre-petition and the remainder of the fee will be paid monthly by the Trustee as funds are available.

   ☐ The Attorney for the Debtor will be paid a reduced fee of $____. The Attorney has received $____ from the Debtor pre-petition and the remainder of the fee will be paid monthly by the Trustee as funds are available.

   ☐ The Attorney for the Debtor will file an application for approval of a fee in lieu of the base fee.

3.2  Trustee costs.  The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

3.3  Priority Domestic Support Obligations ("DSO").

   a. ☑ None. If none is checked, the rest of Section 3.3 need not be completed or reproduced.

3.4  Other priority claims to be paid by Trustee.

   a. ☐ None. If none is checked, the rest of Section 3.4 need not be completed or reproduced.

   b. ☑ To Be Paid by Trustee

| Creditor | Estimated Priority Claim |
|---|---:|
| **Forsyth County Tax Collector** | $0.00 |
| **Internal Revenue Service** | $0.00 |
| **NC Department of Revenue** | $338.04 |

**Section 4:**   Secured Claims.

4.1  Real Property – Claims secured solely by Debtor's principal residence.

   a. ☑ None.  If none is checked, the rest of Section 4.1 need not be completed or reproduced.

4.2  Real Property – Claims secured by real property other than by Debtor's principal residence AND claims secured by Debtor's principal residence and additional collateral.

a. ☑ None.  If none is checked, the rest of Section 4.2 need not be completed or reproduced.

4.3  Personal property secured claims.

a. ☐ None.  If none is checked, the rest of Section 4.3 need not be completed and reproduced.

b. ☐ Claims secured by personal property to be paid in full.

| Creditor | Collateral | Estimated Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

c. ☐ Claims secured by personal property excluded from 11 U.S.C. § 506 being either (i) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for personal use of the Debtor, or (ii) incurred within one (1) year of the petition date and secured by a purchase money security interest in any other thing of value.  The filed claim must include documentation to show exclusion from 11 U.S.C. § 506 in order to be paid in full.

| Creditor | Collateral | Estimated Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

d. ☑ Request for valuation to treat claims as secured to the value of the collateral and any amount in excess as unsecured. *This will be effective only if the applicable box in Section 1.1 of this plan is checked.*

| Creditor | Estimated Amount of Total Claim | Collateral | Value of Collateral | Amount of Claims Senior to Creditor's Claim | Amount of Secured Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|---|---|---|
| **Lendmark Financial Services, LLC** | $4,367.20 | 2004 Mazda Mazda6 | $3,352.50 | $0.00 | $3,352.50 | $66.00 | 6.75% | $0.00 | |
| **North State Acceptance, L.L.C.** | $8,192.96 | 2008 Lincoln MKX V6 | $5,490.00 | $0.00 | $5,490.00 | $108.00 | 6.75% | $0.00 | |
| **NC Department of Revenue** | $41,584.03 | All Personal Property not otherwise exempt | $7,179.80 | $0.00 | $7,179.80 | $135.00 | 5.00% | $0.00 | |

e. ☐ Maintenance of payments and cure of default.

Installment payments on the claims listed below will be maintained and any arrearage will be paid in full.  Proofs of claim should reflect arrearage through the petition date.  For claims being paid by the Trustee, the Trustee will commence disbursements of installment payments the month after confirmation and any filed arrearage claims will be adjusted accordingly.  Amounts stated on a proof of claim as adjusted to include post-petition payments through the month of confirmation, will control over any contrary amounts listed below for the installment payment and the arrearage.

| Creditor | Collateral | Installment Payment | Estimated Arrearage Amount on Petition Date | Pre-Confirmation Adequate Protection Payments |
|---|---|---|---|---|
| **-NONE-** | | | | |

The Debtor requests that the Court determine the value of the secured claims listed as set forth in Sections 4.1.d, 4.2.d, and 4.3.d as applicable. For each non-governmental secured claim listed above, the Debtor states that the value of the secured claim should be set out in the column

headed *Amount of Secured Claim*. For secured claims of governmental units only, unless otherwise ordered by the Court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed above. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated above.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Section 6 of this plan. If the amount of a creditor's secured claim is listed above as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Section 6 of this plan. Unless otherwise ordered by the Court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in Section 4.

The holder of any claim listed in Section 4 as having value in the column headed *Amount of Secured Claim* will retain the lien on the property interest of the Debtor or the estate until the earlier of:

(a) payment of the underlying debt determined under non-bankruptcy law, or

(b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

**Section 5:** Collateral to be Surrendered.

a. ☑ None. If none is checked, the rest of Section 5 need not be completed or reproduced.

**Section 6:** Nonpriority Unsecured Claims.

6.1 Nonpriority unsecured claims not separately classified.

Allowed nonpriority unsecured claims will be paid pro rata with payments to commence after priority unsecured claims are paid in full. There is no requirement for a distribution to nonpriority unsecured claims except as provided in Section 2.3 or 6.

a. ☑ The minimum sum of $ **0** will be paid pro rata to nonpriority unsecured claims due to the following:

☐ Disposable Income

☐ Other

b. ☐ Allowed non-priority unsecured claims will be paid in full with interest at ____% per annum due to all disposable income not being applied to the plan payment.

6.2 Separately classified nonpriority unsecured claims.

a. ☑ None. If none is checked, the rest of Section 6.2 need not be completed or reproduced.

**Section 7:** Executory Contracts and Unexpired Leases.

a. ☑ None. If none is checked, the rest of Section 7 need not be completed or reproduced.

**Section 8:** Local Standard Provisions.

8.1 a. The Trustee shall collect and disburse payments in accordance with the plan.
    b. Proofs of claim must be filed to receive disbursements pursuant to the plan. Any claim to be paid as secured must contain evidence of a properly perfected lien on property of the estate. If a claim is listed as secured and the creditor files an unsecured claim, the claim will be treated as unsecured.
    c. Any creditor holding an allowed secured claim and to whom the Debtor is surrendering property under the order confirming plan is granted relief from the automatic stay as to the property and relief from any co-debtor stay so the creditor may obtain possession and liquidate the property. Any net proceeds, after payment of liens and costs of liquidation, are to be forwarded to the Trustee.
    d. All payments being made by the Trustee on any claim secured by real or personal property shall terminate upon the lifting of the automatic stay with respect to the affected property.
    e. Notwithstanding the allowance of a claim as secured, all rights under Title 11 to avoid liens or transfers are reserved and confirmation of the plan is without res judicata effect as to any action to avoid a lien or transfer.
    f. Notwithstanding 11 U.S.C. § 1327(b), all property of the estate as specified by 11 U.S.C. §§ 541 and 1306 shall continue to be property of the estate following confirmation until the earlier of discharge, dismissal, or conversion of the case.

    g. Confirmation of the plan shall not prejudice the right of the Debtor or Trustee to object to any claim.

    h. The Debtor must promptly report to the Trustee and must amend the petition schedules to reflect any significant increases in income and any substantial acquisitions of property such as inheritance, gift of real or personal property, or lottery winnings.

8.2 THE FOLLOWING ADDITIONAL PROVISIONS ARE APPLICABLE TO THE HOLDER OR SERVICER ("HOLDER") OF A CLAIM SECURED BY A DEED OF TRUST, A MORTGAGE OR SECURITY INTEREST IN REAL PROPERTY, OR A MOBILE HOME THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE:

    a. The Holder, upon confirmation, is precluded from imposing late charges or other default related fees based solely on pre-confirmation default.

    b. If the Trustee is disbursing ongoing monthly installment payments, the Holder must apply each ongoing payment to the month in which the payment is designated.

    c. For any loan with an escrow account, the Holder must prepare and must send an escrow analysis annually to the Debtor, the Trustee and the Debtor's attorney. The first escrow analysis must be filed with the proof of claim in accordance with Bankruptcy Rule 3002.1. The escrow analysis should not include any amounts that were included or should have been included in the arrearage claim.

    d. The Holder shall continue to send monthly statements to the Debtor in the same manner as existed pre-petition and such statements will not be deemed a violation of the automatic stay.

    e. The Holder is required, upon request, to provide account information to the Trustee within 21 days of the request and failure to provide a timely response may result in an order requiring the Holder to appear and show cause as to why Holder should not be sanctioned for failure to comply.

    f. Nothing herein shall modify Holder's responsibilities under Bankruptcy Rule 3002.1.

    g. Unless the Court orders otherwise, an order granting a discharge in the case shall be a determination that all pre-petition and post-petition defaults have been cured and the account is current and reinstated on the original payment schedule under the note and security agreement as if no default had ever occurred.

    h. PENALTY FOR FAILURE OF HOLDER TO COMPLY WITH THE REQUIREMENTS OUTLINED IN BANKRUPTCY RULE 3002.1. Without limitation to the Court's authority to afford other relief, any willful failure of the Holder to credit payments in the manner required by Bankruptcy Rule 3002.1 or any act by the creditor following the entry of discharge to charge or collect any amount incurred or assessed prior to the filing of the Chapter 13 Petition or during the pendency of the Chapter 13 case that was not authorized by the order confirming plan or approved by the Court after proper notice, may be found by the Court to constitute contempt of Court and to be a violation of 11 U.S.C. § 524(i) and the injunction under 11 U.S.C. § 524(a)(2).

**Section 9:** Nonstandard Plan Provisions.

    a. ☑ None. If none is checked, the rest of Section 9 need not be completed or reproduced.

By filing this document, the Debtor(s), if not represented by an Attorney, or the Attorney for Debtor(s) certify(ies) that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in NCMB Chapter 13 Plan, other than any nonstandard provisions included in Section 9.

Signature(s):

*If the Debtor(s) do not have an Attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The Attorney for the Debtor(s), if any, must sign below.*

| **/s/ Brian France** | **/s/ LaShawnda Denise France** |
|---|---|
| **Brian France** | **LaShawnda Denise France** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **February 18, 2020** | Executed on **February 18, 2020** |
| mm/dd/yyyy | mm/dd/yyyy |

**/s/ Brandi L. Richardson**                            Date: **February 18, 2020**
**Brandi L. Richardson 38699**
Signature of Attorney for Debtor(s)

Address:    **PO Box 840**

**Reidsville, NC 27323**
Telephone: **336-348-1241**
State Bar No: **38699 NC**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com							Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

In re:  **Brian France**                                    )   Case No.
        **LaShawnda Denise France**                         )
        **4841 Diane Court**                                )
                    (address)                               )
        **Walkertown NC 27051-0000**                        )   CHAPTER 13 PLAN
SS# XXX-XX- **xxx-xx-5081**                                 )
SS# XXX-XX- **xxx-xx-2117**                                 )
                                                            )
                    Debtor(s)                               )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the plan was served by first class mail, postage prepaid , to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

Acceptance Now
444 Highway 96 E
Saint Paul, MN 55127

Affiliated Acceptance Corporation
PO Box 790001
Sunrise Beach, MO 65079

Affiliated Management Services, Inc.
5651 Broadmoor
Mission, KS 66202

Allegacy Federal Credit Union
PO Box 26043
Winston Salem, NC 27114

Allied Collection Service
9301 Oakdale Avenue, Suite 205
Chatsworth, CA 91311

Allied Collection Services
1607 Central Avenue
Columbus, IN 47201

Ashley Funding
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

AT&T Mobility II LLC
AT&T Services, Inc.
Karen A. Cavagnaro, Paralegal
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Capella University
62762 Collection Center Drive
Chicago, IL 60693

**Capital Accounts**
PO Box 140065
Nashville, TN 37214

**Capital One**
PO Box 30285
Salt Lake City, UT 84130

**Capital One**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

**Comenity Bank/Express**
PO Box 182789
Columbus, OH 43218

**Credit Bureau of Greensboro**
PO Box 26140
Greensboro, NC 27402

**Credit One Bank**
PO Box 98873
Las Vegas, NV 89193

**Datamax**
Interstate Credit Collections
711 Coliseum Court
Winston Salem, NC 27106

**Dr. Amy Jo Pardon, DDS**
406 W. Mountain Street
Kernersville, NC 27284

**Dr. Ronald W. Logan, Jr, DDS**
4622 Country Club Drive, Suite 240
Winston Salem, NC 27104

**Drs. Bailey, Peoples & Oghali, PA**
1405 Westgate Center Drive
Winston Salem, NC 27103

**Educational Credit Management Corp.**
PO Box 16408
Saint Paul, MN 55116

**Fedloan Servicing**
PO Box 69184
Harrisburg, PA 17106

**First National Bank**
4140 E. State Street
Hermitage, PA 16148

**First Point Collection Resources**
PO Box 26140
Greensboro, NC 27402

**Forsyth County Clerk of Superior Court**
200 North Main Street
Winston Salem, NC 27101

**Forsyth County Tax Collector**
PO Box 82
Winston Salem, NC 27102

**Forsyth Emergency Services**
Novant Health Forsyth Medical Center
3333 Silas Creek Parkway
Winston Salem, NC 27103

**Franklin Collection Service**
PO Box 3910
Tupelo, MS 38803

**Get Fit LLC**
320 London Road, #105
Delaware, OH 43015

**Greensboro Radiology**
1331 N. Elm Street, Suite 200
Greensboro, NC 27401

**Greensboro Radiology**
PO Box 26152
Greensboro, NC 27402

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Jay Green**
The Green Law Firm, PC
908 Edenton Street
Raleigh, NC 27601

**Kohl's/Capital One NA**
PO Box 3084
Milwaukee, WI 53201

**LabCorp**
PO Box 2240
Burlington, NC 27216

**Lendmark Financial Corporate Office**
2118 Usher Street NW
Covington, GA 30014

**Lendmark Financial Services, LLC**
Attn: Officer/Managing Agent
1735 North Brown Road, Suite 300
Lawrenceville, GA 30043

**Lendmark Financial Services, LLC**
by and through its Registered Agent
CT Corporation System
160 Mine Lake Ct, Ste 200
Raleigh, NC 27615-6417

**Lendmark Financial Services, LLC**
960 S. Main Street, B
Kernersville, NC 27284

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Midway Meats**
3280 Clodfelter Road
Winston Salem, NC 27107

**National Recovery**
PO Box 67015
Harrisburg, PA 17106

**NC Department of Revenue**
Attn: Reginald S. Hinton, Process Agent
PO Box 25000
Raleigh, NC 27640

**NC Department of Revenue Bankruptcy Unit**
PO Box 1168
Raleigh, NC 27602

**NC Division of Employment Security**
PO Box 25903
Raleigh, NC 27611-5903

**North State Acceptance, L.L.C.**
**Attn: Officer/Managing Agent**
**PO Box 58187**
**Raleigh, NC 27658-8187**

**North State Acceptance, L.L.C.**
**by and through its Registered Agent**
**CT Corporation System**
**160 Mine Lake Ct Ste 200**
**Raleigh, NC 27615**

**North State Acceptance, LLC**
**PO Box 309**
**Kernersville, NC 27285**

**Novant Health**
**PO Box 1123**
**Minneapolis, MN 55440**

**Novant Health Imaging Piedmont**
**185 Kimel Park Drive, #160**
**Winston Salem, NC 27103**

**Nutribullet LLC**
**PO Box 4575**
**Pacoima, CA 91333**

**OneMain Financial**
**PO Box 3251**
**Evansville, IN 47731-3251**

**Onemain Financial Group**
**256 Summit Square Boulevard**
**Winston Salem, NC 27105**

**OneMain Financial Group, LLC**
**Attn: Officer/Managing Agent**
**100 International Drive, 16th Floor**
**Baltimore, MD 21202-4673**

**Pathologists Diagnostic Laboratory**
**3333 Silas Creek Parkway**
**Winston Salem, NC 27103**

**Piedmont Triad Anesthesia PA**
**145 Kimel Park Drive, #120**
**Winston Salem, NC 27103**

**Pinnacle Service Solutions, LLC**
**4408 Milestrip Road, #247**
**Buffalo, NY 14219**

**PMAB, LLC**
**PO Box 12150**
**Charlotte, NC 28220**

**Progressive Management Services**
**PO Box 2220**
**West Covina, CA 91793-2220**

**Quantum3 Group LLC**
**PO Box 788**
**Kirkland, WA 98083**

**QVC**
**1200 Wilson Drive at Studio Park**
**West Chester, PA 19380**

**Radius Global Solution**
**7831 Glenroy Road, Suite 250**
**Minneapolis, MN 55439**

**SCA Collections, Inc.**
**300 E. Arlington Blvd. Suite 6-A**
**Greenville, NC 27858**

**SCA Collections, Inc.**
**300 E. Arlington Blvd. Suite 6-A**
**Greenville, NC 27858**

**Solstas Lab Partners**
**PO Box 35907**
**Greensboro, NC 27425**

**Stern Recovery**
**1102 Grecade Street**
**Greensboro, NC 27408**
**Stern Recovery**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**
**Stern Recovery Services**
**P.O. Box 14899**
**Greensboro, NC 27415**
**The Kraze Fitness**
**1850 Healy Drive**
**Winston Salem, NC 27103**
**Torres Credit**
**27 Fairview Street**
**Carlisle, PA 17015**
**Triad Radiology**
**3155 Maplewood Avenue**
**Winston Salem, NC 27103**
**Triad Radiology**
**3155 Maplewood Avenue**
**Winston Salem, NC 27103**
**US Attorney- Middle District of NC**
**Attn: Civil Process Clerk**
**101 S. Edgeworth Street 4th Floor**
**Greensboro, NC 27401**
**Verizon by American InfoSource LP, Agent**
**4515 Santa Fe Avenue**
**Oklahoma City, OK 73118**
**Verizon Wireless Bankruptcy Department**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**
**Wake Forest Baptist Health**
**Medical Center Boulevard**
**Winston Salem, NC 27103**
**Wells Fargo Bank, N.A.**
**Attention: Bankruptcy Department MAC**
**#D3347-014**
**3476 Stateview Blvd.**
**Fort Mill, SC 29715**
**West Creek Financial**
**4951 Lake Brook Drive**
**Glen Allen, VA 23060**
**Winston Bone & Joint Surgical**
**3817 Forestgate Drive**
**Winston Salem, NC 27103**
**Winston Salem Utilities**
**100 E 1st Street, #131**
**Winston Salem, NC 27101**

Date   **February 18, 2020**    /s/ Brandi L. Richardson
   Brandi L. Richardson 38699